IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 11 PM 2:26

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

     Plaintiff,

v.                          No. 03-20309-B/V

HAMED FARJALLEH,

     Defendant.

---

## ORDER OF TRANSFER

---

Judge Jon P. McCalla was assigned this case for trial on the criminal rotation docket.

The case is hereby transferred to Judge McCalla for all further proceedings.

**IT IS SO ORDERED** this _11th_ day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-12-05_

42

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CR-20309 was distributed by fax, mail, or direct printing on July 12, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT