FILED BY _____ D.C.

05 JUL 21 PM 3:58

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY _____ D.C.

2005 JUL -8 AM 11:40

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA

Plaintiff,

Vs

HAMED FARJALLAH

Defendant

CR. NO. 03-20309-M1

MOTION GRANTED

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

July 21, 2005
DATE

## MOTION FOR RETURN OF FOREIGN PASSPORT

On August 21, 2003, Passport Number M352008 issued to the defendant, Hamed Farjallah, was surrendered to the Clerk of the Court pursuant to Court Order dated August 21, 2003.

On May 10, 2005, after a non-jury trial, the defendant Hamed Farjallah, was found <u>NOT GUILTY</u> on all counts of the indictment.

WHEREFORE, defendant Hamed Farjallah, moves this Honorable Court for the return of his foreign passport number M35-2008.

Respectfully submitted,

F. GLEN SISSON
208 ANGELUS STREET
MEMPHIS, TN 38112
901-527-5739

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-22-05

## CERTIFICATE OF SERVICE

I, F. Glen Sisson, attorney for Hamed Farjallah do hereby certify that a copy of the foregoing motion was hand delivered to the Office of the United States District Attorney Generals on the ___8___ day of ~~June~~ July, 2005.

_____
F. GLEN SISSON

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 44 in case 2:03-CR-20309 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

F. Glen Sisson
LAW OFFICE OF F. GLENN SISSON
208 Angelus Street
Memphis, TN 38112

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT